IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STONE STRONG, LLC | § | |
| | § | |
| VS. | § | ACTION NO. 4:22-CV-616-Y |
| | § | |
| FIRST FINANCIAL BANK, NA | § | |

## FINAL JUDGMENT

In response to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (doc. no. 8), and in accordance with Federal Rule of Civil Procedure 58, Plaintiff's claim against Defendant in this action is hereby **DISMISSED WITHOUT PREJUDICE**. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring same.

SIGNED on August 23, 2022.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE